C. Brooks Cutter, Esq. (SBN 121407)
John R. Parker, Esq. (SBN 257761)
**CUTTER LAW, P.C.**
401 Watt Avenue
Sacramento, California 95864
Telephone: (916) 290-9400
Facsimile:  (916) 588-9330
bcutter@cutterlaw.com
jparker@cutterlaw.com

Stanley D. Saltzman, Esq. (SBN 90058)
Adam M. Tamburelli, Esq. (SBN 301902)
**MARLIN & SALTZMAN, LLP**
29800 Agoura Road, Suite 210
Agoura Hills, California 91301
Telephone: (818) 991-8080
Fax: (818) 991-8081
ssaltzman@marlinsaltzman.com
atamburelli@marlinsaltzman.com

Tina Mehr, Esq. (SBN 275659)
**VISION LEGAL, INC.**
4712 E. 2ND Street, Suite 840
Long Beach, California 90803
Telephone: (877) 870-9953
Facsimile:  (877) 348-8509
tmehr@visionlegalinc.com

William Hansult, Esq. (SBN 200915)
**LAW OFFICES OF W. HANSULT**
1399 Ramona Avenue, # C
Grover Beach, California 93433
Telephone: (805) 489-1448
hansultlaw@aol.com

*Attorneys for Plaintiffs and the Putative Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

| | |
|---|---|
| DARCEY SHARP, MARY LUDOLPH-ALIAGA, PENELOPE MUELLER, JAY WERNER, DIANE CABRERA, MEG LARSON, GARY OPAS, and JOANNE PARKER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>PURITAN'S PRIDE, INC., a New York corporation; THE NATURE'S BOUNTY CO. F/K/A NBTY, INC., a Delaware corporation; and DOES 1 through 10 inclusive,<br><br>Defendants. | No. 16-cv-6717-JD, consolidated with No. 17-cv-2536-JD<br><br>~~[PROPOSED]~~ **ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS**<br><br>Judge:  Hon. James Donato<br>Date:   July 25, 2019<br>Time:   10:00 a.m.<br>Dept:   11<br><br>Action Filed:  October 14, 2016 |

///

///

///

///

///

///

C. Brooks Cutter and John R. Parker, Jr., seek to withdraw as counsel for Plaintiffs in the above-captioned litigation pursuant to Local R. 11-5 (a) and Cal. R. Prof. Conduct 3-700 (A)(1). Because this Court finds that Mr. Cutter and Mr. Parker demonstrated that the granting of this Motion will not cause substantial prejudice or delay to any party,

IT IS HEREBY ORDERED that C. Brooks Cutter and John R. Parker, Jr.'s, Motion to Withdraw as Counsel for Plaintiffs is GRANTED, and C. Brooks Cutter and John R. Parker, Jr., are hereby terminated as counsel in this proceeding.

DATED: July 18, 2019

By: _____
Honorable [Judge James Donato]
United States District Judge for the
Northern District of California