ARNOLD & Porter Kaye Scholer LLP
James F. Speyer (SBN 133114)
james.speyer@arnoldporter.com
E. Alex Beroukhim (SBN 220722)
alex.beroukhim@arnoldporter.com
777 South Figueroa Street, Forty-Fourth Floor
Los Angeles, California 90017-5844
Telephone: 213.243.4000
Fax: 213.243.4199

Attorneys for Defendants
PURITAN'S PRIDE, INC. and
THE NATURE'S BOUNTY CO.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| DARCEY SHARP, MARY LUDOLPH-ALIAGA, PENELOPE MUELLER, JAY WERNER, DIANE CABRERA, MEG LARSON, GARY OPAS, and JOANNE PARKER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>PURITAN'S PRIDE, INC., a New York Corporation; THE NATURE'S BOUNTY CO. (f/k/a NBTY, INC.), a Delaware Corporation; and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No. 16-cv-06717-JD, consolidated with No. 17-cv-2536-JD<br><br>**DECLARATION OF E. ALEX BEROUKHIM IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON PLAINTIFFS' CLAIMS FOR RESTITUTION AND DAMAGES**<br><br>Judge: Hon. James Donato<br>Ctrm: 11<br>Date: December 19, 2019<br>Time: 10:00 a.m.<br><br>Action Filed: October 14, 2016 |

I, E. Alex Beroukhim, declare:

1. I am an attorney duly licensed to practice law in the State of California and admitted to the bar of this Court. I am a partner with the law firm of Arnold & Porter Kaye Scholer LLP, counsel of record for defendants Puritan's Pride, Inc. and The Nature's Bounty Co. in these consolidated actions.

2. Attached as **Exhibit 1** is a true and correct copy of Exhibit 2 [Expert Declaration of Brian J. Bergmark] to Plaintiffs' Initial Identification of Expert Witnesses, served on September 18, 2019.

3. Attached as **Exhibit 2** is a true and correct copy of excerpts of Plaintiff Mary Ludolph-Aliaga's Responses to Special Interrogatories to Defendant Puritan Pride, Inc.'s, Set One, served on June 21, 2018.

4. Attached as **Exhibit 3** is a true and correct copy of excerpts of Plaintiff Mary Ludolph-Aliaga's Supplemental Responses to Defendant Puritan Pride, Inc.'s, Special Interrogatories, Set One, served on September 21, 2018.

5. Attached as **Exhibit 4** is a true and correct copy of excerpts of Plaintiff Penelope Mueller's Responses to Special Interrogatories to Defendant Puritan Pride, Inc.'s, Set One, served on June 21, 2018.

6. Attached as **Exhibit 5** is a true and correct copy of excerpts of Plaintiff Penelope Mueller's Supplemental Responses to Defendant Puritan Pride Inc.'s, Special Interrogatories, Set One, served on September 21, 2018.

7. Attached as **Exhibit 6** is a true and correct copy of excerpts of Plaintiff Diane Cabrera's Responses to Defendant's Puritan Pride, Inc.'s Interrogatories, Set One, served on June 21, 2018.

8. Attached as **Exhibit 7** is a true and correct copy of excerpts of Plaintiff Diane Cabrera's Supplemental Responses to Defendant's Puritan Pride, Inc.'s Interrogatories, Set One, served on September 12, 2018.

DECLARATION OF E. ALEX BEROUKHIM IN SUPPORT OF DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT ON PLAINTIFFS' CLAIMS FOR RESTITUTION AND DAMAGES

9. Attached as **Exhibit 8** is a true and correct copy of excerpts of Plaintiff Meg Larson's Responses to Defendant's Puritan's Pride, Inc.'s Interrogatories, Set One, served on June 21, 2018.

10. Attached as **Exhibit 9** is a true and correct copy of excerpts of Plaintiff Meg Larson's Supplemental Responses to Defendant's Puritan's Pride, Inc.'s Interrogatories, Set One, served on September 12, 2018.

11. Attached as **Exhibit 10** is a true and correct copy of excerpts from the reporter's transcript from the May 29, 2019 deposition of plaintiff Mary Ludolph-Aliaga.

12. Attached as **Exhibit 11** is a true and correct copy of excerpts from the reporter's transcript from the July 12, 2019 deposition of plaintiff Penelope Mueller.

13. Attached as **Exhibit 12** is a true and correct copy of excerpts from the reporter's transcript from the June 28, 2019 deposition of plaintiff Diane Cabrera.

14. Attached as **Exhibit 13** is a true and correct copy of excerpts from the reporter's transcript from the June 21, 2019 deposition of plaintiff Meg Larson.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. This declaration was executed in Los Angeles, California, on November 12, 2019.

       /s/ E. Alex Beroukhim
       E. Alex Beroukhim

I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: November 12, 2019.    ARNOLD & PORTER KAYE SCHOLER LLP

    By: /s/ James F. Speyer
       James F. Speyer
       Alex Beroukhim
       Attorneys for Defendants
       PURITAN'S PRIDE, INC. and
       THE NATURE'S BOUNTY CO.