Tina Mehr (SBN 275659)
**VISION LEGAL, INC.**
4712 E. 2nd St., Ste. 840
Long Beach, California 90803
Telephone:   (310) 929-0052
Facsimile:   (877) 348-8509
tmehr@visionlegalinc.com

Stanley D. Saltzman, Esq. (SBN 90058)
Adam M. Tamburelli, Esq. (SBN 301902)
**MARLIN & SALTZMAN, LLP**
29800 Agoura Road, Suite 210
Agoura Hills, California 91301
Telephone: (818) 991-8080
Fax: (818) 991-8081
ssaltzman@marlinsaltzman.com
atamburelli@marlinsaltzman.com

*Counsel for Plaintiffs and the putative Class*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| DARCEY SHARP, MARY LUDOLPH-ALIAGA, PENELOPE MUELLER, DIANE CABRERA, MEG LARSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PURITAN'S PRIDE, INC., a New York corporation; THE NATURE'S BOUNTY CO. F/K/A NBTY, INC., a Delaware corporation; and DOES 1 through 10 inclusive,<br><br>Defendants. | No. 16-cv-6717-JD, consolidated with No. 17-cv-2536-JD<br><br>**CLASS ACTION**<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**<br><br>Judge:   Honorable James Donato<br><br>Action Filed:   Oct. 14, 2016 |

## STIPULATION

WHEREFORE, counsel for the *Sharpe* Plaintiffs and putative class, Tina Mehr, Vision Legal, Inc., and counsel for the *Larson* Plaintiffs and putative class, Stanley D. Saltzman and Adam Tamburelli, Marlin & Saltzman, LLP ("Plaintiffs' counsel") have met and conferred, as directed by the Court's Order of January 23, 2020.

WHEREFORE, Plaintiffs' counsel have a draft Agreement to govern their joint, working relationship but have been unable to reach final resolution as to all terms thereto.

WHEREFORE, Plaintiffs' counsel agree to the use of a mediator in the Court's ADR process to resolve their disputes about representing the Plaintiffs and the putative class in these consolidated cases.

NOW WHEREFORE, Plaintiffs' counsel agree to use the Court's ADR Program for purposes of finalizing the Agreement coordinating their representation of plaintiffs and the putative class in these consolidated cases.

Respectfully Submitted,

Dated: Feb. 6, 2020     **MARLIN & SALTZMAN, LLP**

By: s/ Stanley D. Saltzman
    Stanley D. Saltzman
    Adam Tamburelli

Dated: Feb. 6, 2020     **VISION LEGAL, INC.**

By: s/ Tina Mehr
    Tina Mehr

**[PROPOSED] ORDER**

The Court having reviewed the Joint Stipulation of Counsel hereby finds that counsel for the *Sharpe* plaintiffs and putative class, Tina Mehr, Vision Legal, Inc., and counsel for the *Larson* plaintiffs and the putative class, Stanley D. Saltzman and Adam Tamburelli, Marlin & Saltzman, LLP ("Plaintiff's counsel") in the consolidated cases of *Sharpe v. Puritan's Pride, Inc., et al.* Case Nos. 16-cv-6717-JD consol. w/17-cv-2536-JD have agreed to use a mediator, appointed by the Court's ADR Program to finalize the written Agreement coordinating their representation of Plaintiffs and the putative class.

Counsel are ordered to hold the ADR session to finalize the written Agreement coordinating their representation of Plaintiffs and the putative class within 30 days from the date of this Order and to advise the Court of the results ~~no later than March 9, 2020, or~~ by March 27, 2020.

**IT IS SO ORDERED.**

Dated: February 26, 2020



Judge James Donato

16-CV-6717-JD consol. w/ 17-cv-2536-JD
[PROPOSED] ORDER RE: STIPULATION RE: ADR

**<u>SIGNATURE ATTESTATION</u>**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatories on this e-filed document.

DATED: February 14, 2020          s/ Stanley D. Saltzman
                                                    Stanley D. Saltzman