Stanley D. Saltzman, Esq. (SBN 90058)
**MARLIN & SALTZMAN, LLP**
29800 Agoura Road, Suite 210
Agoura Hills, California 91301
Telephone: (818) 991-8080
Fax: (818) 991-8081
ssaltzman@marlinsaltzman.com

William Hansult, Esq. (SBN 200915)
**LAW OFFICES OF W. HANSULT**
1399 Ramona Avenue, # C
Grover Beach, California 93433
Telephone: (805) 489-1448
hansultlaw@aol.com

Tina Mehr, Esq. (SBN 275659)
**VISION LEGAL, INC.**
445 S. Figueroa St., 31st Floor
Los Angeles, California 90071
Telephone:  (877) 870-9953
Facsimile:  (877) 348-8509
tmehr@visionlegalinc.com

*Attorneys for Plaintiffs and the Putative Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| DARCEY SHARP, MARY LUDOLPH-ALIAGA, PENELOPE MUELLER, JAY WERNER, DIANE CABRERA, MEG LARSON, GARY OPAS, and JOANNE PARKER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PURITAN'S PRIDE, INC., a New York Corporation; THE NATURE'S BOUNTY CO. f/k/a NBTY, INC., a Delaware Corporation; and DOES 1 through 10 inclusive,<br><br>Defendants. | No. 16-cv-6717-JD, consolidated with No. 17-cv-2536-JD<br><br>**CLASS ACTION**<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Judge:   Hon. James Donato<br>Date:     January 27, 2022<br>Time:    10:00 a.m.<br>Crtrm:   11<br><br>[Action Filed:   October 14, 2016] |

The parties to the above-entitled action jointly submit this Case Management Statement pursuant to the Court's Orders dated November 23, 2021 (Doc. 228) and January 4, 2022 (Doc. 229).

On November 23, 2021, the Court certified Plaintiffs' Rule 23(b)(2) injunctive relief class of California residents who purchased Defendants' products pursuant to a BOGO promotion after October 14, 2021. Plaintiffs Penelope Mueller, Meg Larson, Diane Cabrera, and Mary Ludolph-Aliaga were appointed class representatives, and their counsel, Marlin & Saltzman, LLP, the Law Offices of W. Hansult, and Vision Legal, Inc., were appointed class counsel. The Court denied certification of a class for damages under Rule 23(b)(3).

The Court, following the Order on Plaintiffs' Motion for Class Certification, scheduled a status conference on January 27, 2022, at 10:00 a.m. and requested that a joint status conference statement should include the parties' agreement on dates for the pretrial conference and trial.

Having met and conferred on this issue, the parties agree to a trial date of August 22 or August 29, 2022, with a pretrial conference, per the Court's Standing Order for Civil Jury Trials, nineteen days before the trial date. Plaintiffs reserve the right to seek later dates if plaintiffs move for notice to be distributed to the class and the Court grants such motion.

Respectfully submitted,

DATED: January 20, 2022               **MARLIN & SALTZMAN, LLP**
                                       **LAW OFFICES OF W. HANSULT**


                                       By:  s/ Stanley D. Saltzman
                                       Stanley D. Saltzman
                                       Joel M. Gordon
                                       Counsel for Plaintiffs and the Proposed Class


(signatures continued on next page)

DATED: January 20, 2022          **VISION LEGAL, INC**.

         By:   s/ Tina Mehr
         Tina Mehr
         Counsel for Plaintiffs and the Proposed Class

DATED: January 20, 2022          **ARNOLD & PORTER KAYE SCHOLER LLP**

         By:   s/ James F. Speyer
         James F. Speyer
         E. Alex Beroukhim
         Counsel for Defendants Puritan's Pride, Inc. and
         The Nature's Bounty Co.

## **SIGNATURE ATTESTATION**

I attest that all signatories listed above, and on whose behalf this Joint Case Management Statement is submitted, have concurred in and authorized its filing.

Dated: January 20, 2022          **MARLIN & SALTZMAN, LLP**

         By:   s/ Stanley D. Saltzman
         Stanley D. Saltzman

**CERTIFICATE OF SERVICE**

I, Stanley D. Saltzman, certify that I caused the foregoing document to be served on all counsel of record in this action via the Court's CM/ECF system on January 20, 2022.

By: : s/ Stanley D. Saltzman
Stanley D. Saltzman